UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND W. BROWN, | Civil Action No. 3:18-CV-0169 |
| Plaintiff, | |
| v. | (JUDGE MARIANI) |
| | (Magistrate Judge Saporito) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

## ORDER

AND NOW, THIS 5th DAY OF AUGUST 2019, upon review of Magistrate Judge Saporito's Report and Recommendation ("R&R") (Doc. 12) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 12) is **ADOPTED** for the reasons set forth therein;

2. The Commissioner of Social Security's decision is **VACATED**;

3. The case is **REMANDED** to the Commissioner to conduct a new administrative hearing pursuant to sentence four of 42 U.S.C. § 405(g) and 42 U.S.C. § 1383(c)(3);

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge